UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCUS R. SMITH,

    Plaintiff,                      CASE NO.: 6:24-cv-01743-PGB-DCI

vs.

SOFI LENDING CORP.,
NAVY FEDERAL CREDIT UNION,
TRUIST BANK d/b/a LIGHTSTREAM BANK,
HSBC BANK USA NA, HSBC INSURANCE
HOLDINGS LIMITED, PROSPER MARKETPLACE, INC.
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC, and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, MARCUS R. SMITH, by and through undersigned counsel, hereby files this Notice of Dismissal without Prejudice and would represent to the Court that this action has been resolved against HSBC INSURANCE HOLDINGS LIMITED, with each party to bear their own costs and attorney's fees.

Dated this 25th day of November, 2024,

**MAX STORY, P.A.**

/s/Max Story, Esquire
**Max Story**
Florida Bar No.: 527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone (904) 372-4109
max@storylawgroup.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 25, 2024, via the Clerk of Court's CM/ECF system which will provide electronic notice to all counsel of record.

/s/Max Story, Esq.
Florida Bar No. 527238
