UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARCUS R. SMITH,**

      Plaintiff,                        CASE NO.: 6:24-cv-01743-PGB-DCI

vs.

**SOFI LENDING CORP.,
NAVY FEDERAL CREDIT UNION,
TRUIST BANK d/b/a LIGHTSTREAM BANK,
HSBC BANK USA NA, HSBC INSURANCE
HOLDINGS LIMITED, PROSPER MARKETPLACE, INC.
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC, and
EQUIFAX INFORMATION SERVICES, LLC,**

      **Defendants.**

_____

**NOTICE OF SETTLEMENT**
**[As to Equifax and Experian only]**

COME NOW, Plaintiff, MARCUS R. SMITH, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendants, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

                                            Dated this 22nd day of April, 2025.

                                                     **STORY LAW GROUP**

/s/ Max Story
Max Story, Esquire
Florida Bar No. 0527238
328 2ND Avenue North
Jacksonville Beach, Florida  32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2025, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Max Story, Esquire
Florida Bar No. 527238