# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARCUS R. SMITH,**

      **Plaintiff,**

v.                                                                    Case No: 6:24-cv-1743-PGB-DCI

**SOFI LENDING CORP., NAVY FEDERAL CREDIT UNION, TRUIST BANK, and HSBC BANK USA, N.A.,**

      **Defendants.**
_____/

## ORDER

      The Court has been advised that the above-styled action has been settled. (Doc. 107). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk of Court is **DIRECTED** to administratively close the file.

      **DONE AND ORDERED** in Orlando, Florida on June 24, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties